IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL D. CLARK, #23521-077, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 3:16-CV-1184-N-BK |
| | § | (3:92-CR-382-N-1) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case.  Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made.  The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the successive section 2255 motion is **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit.  *See* 28 U.S.C. § 2244(b)(3); 28 U.S.C. § 1631.[2]

SO ORDERED this 6th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE

---

[2] An order transferring a successive application to the court of appeals is not a final order requiring a certificate of appealability.  *See United States v. Fulton*, 780 F.3d 683, 688 (5th Cir. 2015).